**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kareem Lomax ROBINSON, a/k/a**
**Black, Defendant–Appellant.**

No. 15–7146.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 17, 2015.

Decided: Jan. 5, 2016.

Kareem Lomax Robinson, Appellant Pro Se. Elizabeth G. Wright, Office of the United States Attorney, Harrisonburg, Virginia, for Appellee.

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kareem Lomax Robinson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Robinson,* No. 5:13–cr–00019–MFU–1 (W.D.Va. June 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*